NSK LTD. and NSK Corporation, Plaintiffs–Appellants,

and

Ntn Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower Corporation, NTN Corporation, Plaintiffs–Appellees,

and

Koyo Seiko Co. Ltd. and Koyo Corporation of U.S.A., Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

v.

The Timken Company, Defendant–Appellee.

No. 03–1455.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 31, 2004.

Donald J. Unger, Principal Attorney, Kazumune V. Kano, Diane A. MacDonald, Beata Kolosa Spuhler, of Counsel, Richardson Barnes, Chicago, IL, for Plaintiffs–Appellees.

Neil R. Ellis, Principal Attorney, Neil Charles Pratt, of Counsel, Austin Sidley, Washington, DC, for Plaintiffs.

Matthew P. Jaffe, Principal Attorney, Robert A. Lipstein, Grace W. Lawson, of Counsel, Crowell & Moring, Washington, DC, for Plaintiffs–Appellants.

Terence P. Stewart, Principal Attorney, William A. Fennell, Patrick John McDon-

ough, John Daniel Stirk, Sarah V. Stewart, of Counsel, Stewart and Stewart, Patricia M. McCarthy, Principal Attorney, David M. Cohen, Arthur D. Sidney, of Counsel, Washington, DC, for Defendants–Appellees.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion of NSK Ltd. and NSK Corporation to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.